UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JASON O. GRIFFITH,<br><br>　　　Petitioner,<br><br>v.<br><br>BRIAN WILLIAMS, *et al.*,<br><br>　　　Respondents. | Case No.: 2:23-cv-00853-RFB-BNW<br><br>**Order Directing Petitioner to File Complete Application to Proceed *In Forma Pauperis*** |

　　　Jason O. Griffith ("Petitioner") has submitted a pro se 28 U.S.C. § 2254 petition for writ of habeas corpus. See ECF No. 3-1. He has filed an application to proceed in forma pauperis, but he has failed to include the required signed financial certificate and inmate account statements. See ECF No. 3. Accordingly, this matter has not been properly commenced. 28 U.S.C. § 1915(a)(2); Local Rule LSR 1-2.

　　　This action, therefore, is subject to dismissal without prejudice as improperly commenced. The Court will, however, give Petitioner 30 days to either: (1) pay the $5.00 filing fee or (2) submit a completed and signed financial certificate and the required inmate account statements. Failure to do so may result in the dismissal of this action without prejudice.

///

///

**IT IS THEREFORE** ordered that within **30 days** of the date of this order Petitioner must either pay the $5.00 filing fee or submit a financial certificate and inmate account statements.

**IT IS FURTHER ORDERED** that, if Petitioner fails to comply with this order, this action may be dismissed without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court **SEND** to Petitioner one copy of the application to proceed in forma pauperis for incarcerated persons, with instructions.

DATED: 21 July 2023.



_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE