**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JASON O. GRIFFITH,<br><br>    Petitioner<br><br>v.<br><br>BRIAN WILLIAMS, et al,<br><br>    Respondents. | Case No.: 2:23-cv-00853-RFB-BNW<br><br>**Order Denying Application to Proceed <u>In Forma Pauperis</u> as Moot and Directing Petitioner to File Amended Petition** |

    Jason O. Griffith, who is incarcerated at Nevada's High Desert State Prison, has submitted a pro se 28 U.S.C. § 2254 petition for writ of habeas corpus. (ECF No. 3-1.) He has now paid the filing fee, so his application to proceed <u>in forma pauperis</u> is denied as moot. (ECF No. 3.) Having screened the petition, the Court directs Petitioner to file an amended petition as outlined below.

    Griffith has not substantially complied with the instructions on the form petition that the petition must be concise and legible. The first three pages of the petition are on the Court's required form. <u>See</u> LSR 3-1. The remaining 148 pages are handwritten and not particularly legible. Further, the Court can't discern where one claim ends and another begins because they are not clearly labeled. As the form petition states above the space for each ground: "State <u>concisely</u> every ground for which you claim that the

state court conviction and/or sentence is unconstitutional. Summarize <u>briefly</u> the facts supporting each ground." (emphases added.) The claims seem to run into one another and are frequently redundant. The Court appreciates that Griffith seeks to be thorough. But while he needs to articulate the constitutional right he alleges was violated, he need not include lengthy legal standards or repeat those standards. It does not serve judicial efficiency for the Court to comb through more than 150 pages and attempt to identify and separate claims. (<u>See, e.g.</u>, <u>Olivia v. Sullivan</u>, 958 F.2d 272, 273 (9th Cir. 1992) (the district court has inherent authority to manage its docket.) The Court will give Griffith 60 days to file an amended petition on the Court's form or <u>substantially</u> following the form. If he fails to comply this action will be dismissed.

**IT IS THEREFORE** ordered that Petitioner's application to proceed <u>in forma pauperis</u> (ECF No. 3) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that Petitioner file an amended petition as described in this order on the Court's form within **60 days** of the date of this order.

**IT IS FURTHER ORDERED** that if Petitioner fails to comply with this order, this action may be dismissed.

**IT IS FURTHER ORDERED** that the Clerk of Court **SEND** to Petitioner one copy of the form petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, with instructions.

DATED: 24 August 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE