UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JASON O. GRIFFITH,<br><br>　　　　　　　Petitioner,<br>v.<br>JEREMY BEAN, et al.,<br><br>　　　　　　　Respondents. | Case No. 2:23-cv-00853-RFB-BNW<br><br>Order Granting Extension of Time to File Opposition to Motion to Dismiss to October 15, 2024 |

Jason O. Griffith asks the Court for an extension of time to file an opposition respondents' motion to dismiss his 28 U.S.C. § 2254 habeas corpus petition. ECF No. 21. Good cause appearing, IT IS HEREBY ORDERED that petitioner's motion for extension of time to file an opposition to the Motion to Dismiss (ECF No. 21) is **GRANTED**. **The deadline to oppose is extended to October 15, 2024**.

DATED: August 6, 2024

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

1