UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JASON O. GRIFFITH,<br><br>  Petitioner,<br><br>  v.<br><br>JEREMY BEAN, et al.,<br><br>  Respondents. | Case No. 2:23-cv-00853-RFB-BNW<br><br>**ORDER** |

  Respondents ask the Court for an extension of time to file a reply in support of their motion to dismiss Jason O. Griffith's 28 U.S.C. § 2254 habeas corpus petition. ECF No. 24. Good cause appearing,

  **IT IS ORDERED** that respondents' motion for extension of time to file a reply in support of their motion to dismiss **(ECF No. 24) is GRANTED** nunc pro tunc. **The deadline to reply is extended to December 16, 2024**.

  **DATED:** October 18, 2024

  _____
  **RICHARD F. BOULWARE, II**
  **UNITED STATES DISTRICT JUDGE**